

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

ROVSHAN SADE,

        Plaintiff,

v.

NORTH STAR SOLAR LLC,

        Defendant.

<u>**Case No. 1:22-cv-01109 (and cases**</u>
<u>**consolidated therewith)**</u>

## UNOPPOSED MOTION TO EXTEND STAY

The Court stayed these seven consolidated cases, until October 1, 2024, to allow Plaintiff Rovshan Sade to obtain new representation. Mr. Sade is currently acting *pro se* but is actively seeking to secure new counsel.

Plaintiff Rovshan Sade is experiencing some health-related issues with a major surgery coming up, scheduled for November 14th, 2024, with pre-op visits between now and then. A recovery period of 2-4 weeks has to be counted for and added to the scheduled surgical procedure, if everything goes well. Additionally, there are post-surgery clinic visits.

Plaintiff Rovshan Sade asks the Court to allow Plaintiff time to properly resolve his health issues and continue to work actively to find counsel.

Plaintiff Rovshan Sade requests the Court to resume the cases in the week of January 20, 2024. Defendants do not oppose this relief.

Plaintiff Rovshan Sade further asks the Court about the Status Conference scheduled for October 1, 2024, whether it will be held as previously scheduled or rescheduled for any other date and whether the location will be moved from Durham NC to Winston Salem NC.

Dated: September 23, 2024                              Respectfully Submitted

By /s/   *Rovshan Sade*

Rovshan Sade
2635 Garden Knoll Lane
Raleigh, NC 27614
(919) 757-9071
ron@trabantsolar.com

*Plaintiff Proceeding Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2024, unless otherwise indicated, one copy of the

foregoing was served via electronic mail on all counsel of record. Paper Copies sent to the Court.

Dated: September 23, 2024                              Respectfully Submitted

By /s/   *Rovshan Sade*

*Plaintiff Proceeding Pro Se*

## CERTIFICATE OF CONFERENCE

Plaintiff corresponded and spoke with Defendants Counsel regarding the relief requested

by this Unopposed Motion by email and phone on this day, September 23, 2024.

2