IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



ROVSHAN SADE,

    Plaintiff,

v.

NORTH STAR SOLAR LLC,

    Defendant.

Case No. 1:22-cv-01109 (and cases consolidated therewith)

## MOTION TO EXTEND THE STAY

The Court stayed these seven consolidated cases, until January 1, 2025, to allow Plaintiff Rovshan Sade to obtain new representation. Mr. Sade is currently acting *pro se* but is actively seeking to secure new counsel.

Plaintiff Rovshan Sade is experiencing some health-related issues, mainly resolved through surgery on November 14, 2024. The recovery period is progressing well, but with many more than expected post-op visits. Plaintiff's first priority was and is to make a full recovery.

Plaintiff Rovshan Sade asks the Court to allow Plaintiff time to properly resolve his health issues and continue to work actively to find counsel.

Plaintiff Rovshan Sade requests the Court to stay these cases for an additional 90 days and to resume the cases on April 1, 2025. Plaintiff has asked Defendants for their opinion and the Defendants is taking "No Position" in this matter.

However, Defendants have mentioned to initiate communications to discuss potential options for resolving those matters.

Dated: December 4, 2024                                 Respectfully Submitted

By /s/   Rovshan Sade

Rovshan Sade
2635 Garden Knoll Lane
Raleigh, NC 27614
(919) 757-9071
ron@trabantsolar.com

*Plaintiff Proceeding Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4th, 2024, unless otherwise indicated, one copy of the foregoing was served via electronic mail on all counsel of record. Paper Copies sent to the Court.

Dated: December 4, 2024                                 Respectfully Submitted

By /s/   Rovshan Sade

*Plaintiff Proceeding Pro Se*

## CERTIFICATE OF CONFERENCE

Plaintiff corresponded and spoke with Defendants Counsel regarding the relief requested by this Motion by email and phone on this day, December 4, 2024.